JET/JSK: FEB. 2018

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **SHANNON TROY COFIELD** | ) |

## INFORMATION

### COUNT ONE: [26 U.S.C. § 5861(f)]

The United States Attorney charges that:

From in or around August 2016 until on or about February 7, 2017, more exact dates being unknown to the United States Attorney, in DeKalb County, Marshall County, and elsewhere within the Northern District of Alabama, the defendant,

**SHANNON TROY COFIELD**,

did knowingly, and in violation of the provisions of Chapter 53 of Title 26, United States Code, make a firearm as defined in Title 26, United States Code, Section 5845(a)(8), to wit: a destructive device; more specifically, an explosive bomb, in violation of Title 26, United States Code, Section 5861(f).

JAY E. TOWN
United States Attorney

*/s/ Electronic Signature*
JONATHAN S. KEIM
Assistant United States Attorney